H. G. VOGEL COMPANY, Appellant, *v.* HARRIS WOLFF, Respondent.

*Vogel Co.* v. *Wolff,* 156 App. Div. 584, affirmed.
(Argued October 20, 1913; decided October 31, 1913.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 16, 1913, which modified an interlocutory judgment of Special Term sustaining a demurrer to the defense and counterclaim so as to sustain the demurrer to the counterclaim and overrule the demurrer to the defense in an action of replevin.

The following question was certified: "Is the defense contained in the defendant's amended answer sufficient in law upon the face thereof?"

*David Bernstein* for appellant.

*Charles Goldzier* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: CULLEN, Ch. J., GRAY, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ. Absent: WERNER, J.